**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7259**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AARON DARRYL THOMAS, a/k/a A,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CR-94-69, CA-97-433-2)

─────────────

Submitted:  January 21, 1999          Decided:  February 9, 1999

─────────────

Before LUTTIG, MOTZ, and KING, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Aaron Darryl Thomas, Appellant Pro Se.  Kevin Michael Comstock, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aaron Darryl Thomas seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>United States v. Thomas</u>, Nos. CR-94-69; CA-97-433-2 (E.D. Va. Aug. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2